# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00763-CV

**Old Alligator, L.C.; Cynthia L. Voudouris; and Rose Obregon, Appellants**

**v.**

**Compass Bank, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN200830, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants timely filed notice of appeal in the trial court on November 20, 2002. *See* Tex. R. App. P. 25.1(a), (e). This Court did not receive a copy of the notice of appeal until the filing of the clerk=s record on December 13, 2002. There being no reporter=s record in this summary- judgment case, appellant=s brief was due January 13, 2003. *See id*. 38.6(a). This Court notified appellants on January 22, 2003, and again on February 26, 2003, that the brief in this case was overdue and informed appellants that the appeal would be dismissed for want of prosecution unless the brief was filed. No brief or other response has been received. Accordingly, we dismiss the appeal for want of prosecution. *Id*. 42.3(b).

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: April 17, 2003